## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW ALBERTSON'S, INC., | Case No.: 2:10-cv-00284-GMN-LRL |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE** |
| ESTATE OF W. DENNIS RICHARDSON, BRADY VORWERCK RYDER & CASPINO, | |
| Defendants. | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is **DISMISSED** without prejudice as to **Defendant ESTATE OF W. DENNIS RICHARDSON.**

DATED this 27th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge