# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NEW ALBERTSON'S, INC., | 2: 10-cv -00284 -GMN-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| BRADY, VORWERCK, RYDER & CASPINO, *et al.*, | |
| Defendants. | |

Pursuant to counsel's request, the settlement conference currently scheduled for May 4, 2012 at 9:00 a.m. is vacated and rescheduled for June 14, 2012 at 9:00 a.m.  The confidential statements are due on or before 4:00 p.m., June 7, 2012.  All other requirements as set forth in the Order (#62) scheduling the settlement conference shall remain unchanged.

DATED this 10th day of April, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE