# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NEW ALBERTSON'S, INC., | |
| Plaintiff, | 2:10-cv-00284-GMN-VCF |
| vs. | **ORDER** |
| BRADY, VORWERCK, RYDER & CASPINO, *et al.*, | |
| Defendants. | |

Before the court is the Joint Motion to Continue the Mandatory Settlement Conference (#120). Plaintiff's counsel states that he has a scheduling conflict on September 9, 2015 and is unable to attend the settlement conference in this matter, currently also scheduled for the same date. *Id.* Plaintiff's counsel filed the instant motion to continue the settlement conference less than two weeks from the scheduled settlement conference. The parties are reminded that a request from attendance at the settlement conference must be made at least two weeks prior to the settlement conference. (#119).

IT IS HEREBY ORDERED that the Joint Motion to Continue the Mandatory Settlement Conference (#120) is GRANTED in part and DENIED in part as stated below.

The settlement conference scheduled for September 9, 2015 is VACATED and rescheduled to 10:00 a.m., October 21, 2015. The confidential settlement statement is due October 14, 2015. All else as stated in the Order (#119) scheduling the settlement conference remains the same.

DATED this 31st day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE